## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

_____

| | |
|---|---|
| **ROBERT A. DOANE,** ) | **Civil Action No. 24-CV-10868-MJJ** |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | |
| ) | |
| **SOLAR XCHANGE, LLC.,** ) | |
| ) | |
| **and** ) | |
| ) | |
| **MARK GETTS,** ) | |
| ) | |
| **Defendants.** ) | |

_____ )

### APPLICATION FOR ENTRY OF DEFAULT AGAINST DEFENDANT SOLAR XCHANGE, LLC. PURSUANT TO RULE 55(a) OF THE FEDERAL RULES OF CIVIL PROCEDURE

To the Clerk of the United States District Court for the District of Massachusetts:

I, Richard B. Reiling Esq., attorney for the above-named Plaintiff states that the complaint in which affirmative relief is sought against Defendant **SOLAR XCHANGE, LLC** was filed on April 4, 2024 and the summons and copy of the complaint have been served on said Defendant by special process server on May 1, 2024. The time within which the Defendant shall serve a responsive pleading or otherwise defend pursuant to Rule 12 of the Federal Rules of Civil Procedure has expired and the said Defendant has failed to serve or file an answer or otherwise defend as to the complaint.

**WHEREFORE**, the Plaintiff makes application that Defendant Solar Xchange, LLC **only** be defaulted.

1

Dated:  June 13, 2024
Boston, Massachusetts

                                        ROBERT A. DOANE
                                        By his attorneys

                                        /s/RICHARD B. REILING
                                        RICHARD B. REILING, ESQ.
                                        BBO # 629203
                                        BOTTONE | REILING
                                        63 Atlantic Ave., 3rd Floor
                                        Boston, MA 02110
                                        Phone:      (617) 412-4291
                                        Facsimile:  (617) 412-4406
                                        richard@bottonereiling.com


                                        And

                                        /s/DAVID PASTOR
                                        David Pastor, Esq., BBO # 391000
                                        PASTOR LAW OFFICE, PC
                                        63 Atlantic Avenue, 3d Floor
                                        Boston, MA 02110
                                        Telephone: 617.742.9700
                                        Email:  dpastor@pastorlawoffice.com


## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing has been served upon Defendants by Regular U.S. Mail, postage pre-paid this 13th day of June, 2024.

                                        /s/RICHARD B. REILING
                                        RICHARD B. REILING, ESQ.