UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT A. DOANE,<br><br>  Plaintiff,<br><br>v.<br><br>SOLAR XCHANGE, LLC., et al.<br><br>  Defendants. | Civil Action No. 24-CV-10868-MJJ |

# DEFAULT JUDGMENT

Defendant Solar Xchange, LLC having failed to plead or otherwise defend in this action and its default having been entered,

Now, upon application of Plaintiff and declarations demonstrating that Defendant owes Plaintiff the sum of $24,705.00 that Defendant is not an infant or incompetent person or in the military service of the United States, and that Plaintiff has incurred costs in the amount of $619.00.

It is hereby ORDERED, ADJUDGED AND DECREED that Plaintiff recover from Defendant Solar Xchange, LLC the principal amount of $24,705.00, with costs in the amount of $619.00 and prejudgment interest at the rate of 12% from April 4, 2024 to April 1, 2025 in the amount of $2,677.81 for a total judgment of $27,382.81 with interest as provided by law.

By the Court

Dated: 4/2/2025

/s/ Jarrett Lovett
Deputy Clerk

NOTE:  The post judgment interest rate effective this date is 4.09%

1